David S. Ratner, Esq.
Ratner Molineaux, LLP
david@ratnermolineaux.com
1990 N. California Blvd., Suite 20
Walnut Creek, CA 94596
925-239-0899
*Attorney for Plaintiff*

[Additional counsel appearing on signature page]
*Attorneys for Plaintiff and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JERAMY GALSTER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**DOORDASH INC.,** a California corporation,<br><br>*Defendant.* | Case No. 3:20-cv-08785-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL W/ PREJUDICE** |

Plaintiff dismisses this lawsuit against Defendant with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

   (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

   (ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Accordingly, Plaintiff hereby dismisses these proceedings in accordance with Rule 41(a)(1)(i) with prejudice.

                                                Respectfully Submitted,

**Jeramy Galster**, individually and on behalf of those similarly situated individuals

Dated: March 31, 2021                By:   /s/ *David S. Ratner*
David S. Ratner, Esq.
Ratner Molineaux, LLP
david@ratnermolineaux.com
1990 N. California Blvd., Suite 20
Walnut Creek, CA 94596
925-239-0899

*Attorneys for Plaintiff and the alleged Classes*